# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

)
SANAD ALI YISLAM AL-KAZIMI, )
)
Petitioner, )
)
v. ) Civil Action No. 05-2386 (RBW)
)
JOSEPH R. BIDEN, et al., )
)
Respondents. )
)

## ORDER

In light of the Respondents' Response to the Court's June 12, 2024 Order, ECF No. 2135, it is hereby

**ORDERED** that the classified motion hearing currently scheduled for July 19, 2024, is **VACATED**. It is further

**ORDERED** that, on or before July 16, 2024, the petitioner shall file a notice on the docket indicating whether he intends to file an opposition to the Respondents' Response to the Court's June 12, 2024 Order, ECF No. 2135, and, if so, how much time he needs to file his opposition.[1]

**SO ORDERED** this 15th day of July, 2024.

REGGIE B. WALTON
United States District Judge

---

[1] If the petitioner chooses not to file an opposition, the Court will expeditiously resolve the Petitioner's Motion for Judgment, ECF No. 2119, in a written Memorandum Opinion and Order based on the current filings. However, if the petitioner wishes to file an opposition, the Court will abstain from resolving the pending motion until the petitioner's opposition is filed.